**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amguard Insurance Company,<br>Plaintiff(s),<br>v.<br>Broan-Nutone, LLC,<br>Defendant(s). | Case No. 2:26-cv-02091-GMN-NJK<br>**Order**<br>[Docket No. 15] |

The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Pending before the Court is a joint discovery plan seeking more than double the presumptively reasonable discovery period. Docket No. 15. The discovery plan does not provide details (including timetables) for the identified destructive examination. *See id.* at 5. Moreover, while the discovery plan indicates that this is a sophisticated product liability claim with multiple experts, extensive document discovery, and multiple depositions, *see id.* at 5, the complaint expressly claims barely above the minimum amount in controversy, *see* Docket No. 1 (identifying $105,292.35 as having been paid to the insured). It is not clear why a year's worth of discovery would be conducted in a case that appears to have a limited amount in controversy. *See* Fed. R. Civ. P. 26(b)(1) (proportionality consideration of "the amount in controversy"). According, the Court **DENIES** without prejudice this joint discovery plan. The parties must file an amended joint discovery plan by October 5, 2026.

IT IS SO ORDERED.

Dated: September 29, 2026

Nancy J. Koppe
United States Magistrate Judge