**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Amguard Insurance Company,
Plaintiff,
v.
Broan-Nutone, LLC,
Defendant.

Case No. 2:26-cv-02091-GMN-NJK

**Order**

[Docket No. 19]

Pending before the Court is a stipulated protective order. Docket No. 19. Parties are permitted to agree to discovery procedures, including confidentiality protections, without judicial approval. *See* Fed. R. Civ. P. 29(b); *see also Cross v. Walmart, Inc.*, 350 F.R.D. 395, 398-99 (D. Nev. 2025). The stipulation does not explain in meaningful fashion why judicial oversight is required as to the parties' discovery agreement. Accordingly, the Court **DENIES** without prejudice the stipulated protective order.

IT IS SO ORDERED.

Dated: October 30, 2026

Nancy J. Koppe
United States Magistrate Judge